IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50292
Summary Calendar
_____

HAKEEM G. SHABAZZ, also
known as A.B. JENKINS,

                                        Plaintiff-Appellant,

versus

JAMES A. COLLINS, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION; WAYNE SCOTT,
DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION; ART
MOSLEY; G.J. GOMEZ; D.J. POPPELL,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-1038
- - - - - - - - - -
July 18, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Hakeem G. Shabazz, Texas state prisoner #663500, appeals

from the district court's dismissal of his civil rights complaint

as frivolous pursuant to 28 U.S.C. § 1915(d).  Shabazz argues

that the district court abused its discretion by dismissing his

complaint as frivolous without giving him an opportunity to amend

---

        Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

his complaint.  Because Shabazz's claim that prison grooming regulations violated his First Amendment right to freedom of religion lacks an arguable basis in law, however, the district court did not abuse its discretion by dismissing Shabazz's complaint as frivolous.  See Booker v. Koonce, 2 F.3d 114, 115 (5th Cir. 1993); Hicks v. Garner, 69 F.3d 22, 25 (5th Cir. 1995); see also Ashe v. Corley, 992 F.2d 540, 542 (5th Cir. 1993). Because this appeal is frivolous, it is DISMISSED.  See 5th Cir. R. 42.2.  Shabazz is hereby warned that future frivolous appeals will invite the imposition of sanctions and that he should review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED; SANCTION WARNING ISSUED.